```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 03 B 50804
   FRANK W HOPKINS
   JOAN C HOPKINS                         CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

          Debtor
   SSN XXX-XX-9215     SSN XXX-XX-0930


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/18/03 and confirmed on 02/09/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  49080.00 .

     4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT CO       SECURED VEHIC   13000.00        .00           13000.00
CAPITAL ONE FINANCIAL      UNSECURED        1011.48        .00             536.17
ECAST SETTLEMENT CORPORA   UNSECURED        4901.26        .00            2598.09
ECAST SETTLEMENT CORPORA   UNSECURED        6504.56        .00            3447.98
B FIRST LLC                UNSECURED        2621.48        .00            1389.61
CAPITAL ONE FINANCIAL      UNSECURED         865.84        .00             458.97
CAPITAL ONE FINANCIAL      UNSECURED         939.74        .00             498.14
CAPITAL ONE FINANCIAL      UNSECURED        6018.36        .00            3190.25
ECAST SETTLEMENT CORPORA   UNSECURED        5978.98        .00            3169.38
RETAILERS NATIONAL BANK    UNSECURED       24265.66        .00           12862.89
ECAST SETTLEMENT CORPORA   UNSECURED        3681.46        .00            1951.49
RETAILERS NATIONAL BANK    UNSECURED       NOT FILED       .00                .00
FORD MOTOR CREDIT CO       UNSECURED        4148.56        .00            2199.09
         Summary of disbursements:
--------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED     OTHER         TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13000.00         .00    60937.38        .00       73937.38
PRINCIPAL PAID      13000.00         .00    32302.06        .00       45302.06
INTEREST PAID            .00         .00         .00        .00            .00
TOTAL PAID          13000.00         .00    32302.06        .00       45302.06
```

The Debtor's attorney, COSTELLO & COSTELLO           , was allowed $   2200.00
and was paid $    615.00   direct and $   1585.00   through the plan.

The Trustee received $    2192.94 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/13/09                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```